Case 7:19-mj-03118 Document 1 Filed on 12/21/19 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**FILED**
DEC 21 2019
David J. Bradley, Clerk

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **CRIMINAL COMPLAINT** |
| Jesus Carlos VILLARREAL, Jr., YOB: 1999 USC | CASE NUMBER: M-19-3118-M |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __12/20/2019__ in __Starr__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute approx. 250 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute approx. 250 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes   No

/s/ Federico Adame, Jr.
Signature of Complainant
Federico Adame, Jr., DEA Special Agent

Submitted and sworn to via Reliable Electronic Media,

| December 21, 2019   10:10 a.m. | At | McAllen, Texas |
|---|---|---|
| Date | | City and State |
| Peter E. Ormsby, U.S. Magistrate Judge | | *[signature]* Peter E. Ormsby |
| Name & Title of Judicial Officer | | Signature of Judicial Officer |

## Attachment

On December 20, 2019, at approximately 2:00 p.m., Border Patrol Agents (BPA's) were patrolling the area of La Rosita, Texas when they were notified by the Rio Grande City Tactical Operations Center of a white Ford sport utility vehicle (SUV) loading up narcotics in an area commonly known by BPA's as the "Tractor Landing."

While traveling east bound on Expressway 83, BPA's observed a white Ford Explorer driving at a high rate of speed and immediately turned north on Albeza Ave. in La Rosita, Texas. The driver, later identified as Jesus Carlos VILLARREAL, Jr., hereinafter referred to as VILLARREAL, parked the vehicle and absconded onto an apartment complex property. Upon approaching the vehicle, BPA's observed bundles of suspected narcotics inside the vehicle.

Once additional BPA's arrived on scene, they were advised of the subject's direction of travel and clothing description. Upon searching the nearby area, BPA's located VILLARREAL approximately 40 yards west of the vehicle. BPA's positively identified VILLARREAL as the same person that absconded from the white SUV. BPA's seized 45 bundles of marijuana from inside the vehicle weighing approximately 250 kilograms. The bundles were field tested which yielded positive results for marijuana.

On that same date, DEA McAllen Agents responded to the Rio Grande City Border Patrol Station to interview VILLARREAL. Agents advised VILLARREAL of his Miranda Warnings in which he waived his rights. VILLARREAL advised that he met with two (2) co-conspirators who asked if he wanted to work. VILLARREAL stated that he was advised to pick up a vehicle at a Barber Shop named Fades in Rio Grande City, Texas and then to drive towards the Rio Grande River. VILLARREAL stated that once he arrived near the river, an unknown subject walked up to VILLARREAL and advised him to stay there while the unknown subject drove vehicle closer to the river. A short time later, the unknown subject returned with the vehicle and turned it back over to VILLARREAL. VILLARREAL then got inside the vehicle and observed the bundles of marijuana as they were in plain view. VILLARREAL began traveling towards Expressway 83. While driving, VILLARREAL stated he observed the BPA's behind him and pulled into a neighborhood. VILLARREAL stated he then exited the vehicle and began running because he knew there were drugs in the vehicle and BPA's were in the area. VILLARREAL stated he didn't know how much he was going to be paid and accepted the job because he needed money for Christmas.